**Dismissed and Opinion Filed May 5, 2014.**



**In The**

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00540-CR

**LEONARD MILES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-62739-J**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140540F.U05